# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00281 LJO |
| Plaintiff, | ORDER ON DEFENSE MOTION TO CONTINUE TRIAL |
| vs. | |
| MARIA JUAREZ GUTIERREZ, | |
| Defendant. | |

The Court has received and reviewed the Defendant's motion to continue the trial. The Court ordinarily does not continue trial dates once selected, absent Good Cause. In this motion, the Court finds that Good Cause exists for the following reasons:

1. The Prosecutor was ill during an important time of discovery, and thus the discovery issues have not been resolved, and a pending motions hearing date is set for late September;

2. Neither the current defense counsel nor her office was involved in selecting the current trial date of November 5, 2013.

The Court GRANTS the motion, resets the trial for the mutually requested date of May 13, 2014, and FINDS that the time between today's date and the date of the new trial (i.e. November 5, 2013) is excluded from the Speedy Trial Act calculation on the issue of counsel's inability to be prepared for trial, coupled with availability of both counsel. If either counsel or a party objects to the exclusion of time, it must be voiced on or before noon on August 12, 2013.

The matter will not be continued again. IT IS SO ORDERED.

**Dated: August 8, 2013**        /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1